# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ENAS A., | Civil No. 2:19-CV-01222-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall direct the Administrative Law Judge (ALJ) to take further develop the record, offer Plaintiff the opportunity for a new hearing, and issue a new decision. The ALJ shall reevaluate the opinion evidence, including the opinion of Dr. Cowden and reevaluate Plaintiff's subjective complaints. The ALJ shall reassess whether Plaintiff's impairments meet or equal a listing and provide adequate rationale for the B criteria ratings. As appropriate, the ALJ shall proceed with the sequential evaluation process. The ALJ may obtain medical or vocational expert evidence, as needed.

Page 1      ORDER - [2:19-CV-01222-MAT]

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 6th day of March, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov